# UNITED STATES DISTRICT COURT

| Eastern | **District of** | California |
|---|---|---|

Ernest J. Franceschi , Jr

                Plaintiff (s),

V.

Steven Cliff, et al.

                Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   2:22-cv-00544-TLN-SCR

Notice is hereby given that, subject to approval by the court,   California Dept. of Motor Vehicles   substitutes

(Party (s) Name)

Kristin M. Daily, Supervising Deputy Attorney General   , State Bar No.   186103   as counsel of record in

(Name of New Attorney)

place of   David S. Kim, former Deputy Attorney General   .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    California Department of Justice, Office of the Attorney General

Address:    1300 I Street, Suite 125, Sacramento, CA 95814

Telephone:    (916) 210-7903    Facsimile    (916) 324-5567

E-Mail (Optional):    Kristin.Daily@doj.ca.gov

I consent to the above substitution.

Date:    3/12/2026

**Kristin M. Daily**    Digitally signed by Kristin M. Daily
Date: 2026.03.12 13:46:22 -07'00'

(Signature of Party (s))

I consent to being substituted.

Date:    3/12/2026

**David Kim**    Digitally signed by David Kim
Date: 2026.03.12 13:33:06 -07'00'

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    3/12/2026

**Kristin M. Daily**    Digitally signed by Kristin M. Daily
Date: 2026.03.12 13:49:38 -07'00'

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    March 12, 2025

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# CERTIFICATE OF SERVICE

Case Name:   **Franceschi v. Steven Cliff, et al**       No.   **2:22-cv-00544-TLN-DB**

I hereby certify that on <u>March 12, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 12, 2026</u>, at Sacramento, California.

| | |
|---|---|
| Sophia Clark | *Sophia Clark* |
| Declarant | Signature |

SA2022301554
39708222